IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GALLERY 1516 OF REGIONAL ARTISTS, INC.,<br><br>　　　　　　Defendant. | **8:18CV227**<br><br>**ORDER** |

A conference call was scheduled for today. Defense counsel participated; Plaintiff's counsel did not.

Defense counsel stated the case is nearly settled. As such, rather than re-scheduling today's call immediately,

IT IS ORDERED:

1)　On or before November 20, 2018, the parties shall either advise the court that this case is settled or contact my chambers to set schedule another conference to discuss case progression.

2)　The clerk shall set a November 20, 2018 internal case management deadline.

Dated this 6th day of November, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge