IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ZACH HILLESHEIM, | |
|---|---|
| Plaintiff, | **8:18CV227** |
| vs. | |
| GALLERY 1516 OF REGIONAL ARTISTS, INC., | **ORDER** |
| Defendant. | |

Plaintiff's Stipulation for Dismissal with Prejudice (Filing No. 15) is granted. This case is dismissed with prejudice with each party in this action to bear its own fees and costs.

Dated this 7th day of March, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge